**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, CALIFORNIA; ERNEST SERRANO, an individual,<br><br>Defendants. | CV F 08-1202 AWI GSA<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages by plaintiff Alice Rosas Aguilar ("Plaintiff") against Ernest Serrano and against the County of Fresno (collectively, "Defendants"), Defendants have moved to dismiss a portion of Plaintiff's first claim for relief as to Serrano and dismiss Plaintiff's third, fourth and sixth claims for relief as to County of Fresno. The matter was scheduled for oral argument to be held October 20, 2008, at 1:30 p.m.. The Court has reviewed Defendants' Motion, Plaintiff's opposition, Defendants' reply, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 78-230(h).

1 | Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 20, 2008, is VACATED, and no party shall appear at that time.  As of October 20, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **October 16, 2008**                    /s/ **Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE