James D. Weakley, Esq.   Bar No. 082853
Maribel Hernandez, Esq.  Bar No. 258689

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO and ERNEST SERRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual,<br><br>    Defendants. | CASE NO. 1:08-cv-01202-AWI-GSA<br><br>**PROPOSED STIPULATION MODIFYING THE EXISTING SCHEDULING ORDER**<br><br>**Trial Date:** May 11, 2010<br>**Honorable Magistrate Judge, Gary S. Austin** |

Pursuant to the telephonic conference before the Honorable Magistrate Judge, Gary S. Austin on March 10, 2009, at 3:00 p.m., the parties in this case have stipulated to modifying the existing Scheduling Order as follows:

| **Description** | **New Date** |
|---|---|
| Non-Expert Discovery | 07/29/09 |
| Expert Disclosures | 08/05/09 |
| Supp. Expert Disclosures | 08/26/09 |
| Expert Discovery Closes | 09/30/09 |
| Non-Dispositive Motions | 10/21/09 |
| Dispositive Motions | 12/11/09 |

---
Proposed Stipulation Modifying the Existing
Scheduling Order

| | Description | New Date | Time | Courtroom |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Pretrial Conference | 03/11/10 | 8:30 a.m. | 2, 8th Floor |
| 3 | Jury Trial | 05/11/10 | 8:30 a.m. | 2, 8th Floor |

**IT IS SO STIPULATED.**

DATED: March 10, 2009            **WEAKLEY, ARENDT & McGUIRE, LLP**

                         By:    /s/ Jim Weakley
                                James D. Weakley
                                Attorneys for Defendants,
                                County of Fresno and Ernest Serrano

DATED: March 11, 2009            **LAW OFFICES OF VICKI I. SARMIENTO**

                         By:    /s/ Vicki I. Sarmiento
                                Vicki I. Sarmiento
                                Attorneys for Plaintiff

**ORDER**

The parties are advised that all other orders set forth in the initial scheduling conference order issued on December 24, 2008 remain in full force and effect. (Doc. 18).

---

1     IT IS SO ORDERED.

2     **Dated:**   **March 11, 2009**              /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

---

Proposed Stipulation Modifying the Existing Scheduling Order         3