# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ALICE ROSAS AGUILAR, as successor in interest ) CASE NO. 1:08-cv-01202-AWI-GSA
to Sergio Rosas Aguilar; ALICE ROSAS )
AGUILAR, an individual, )
                                                            )
        Plaintiffs,                   ) **ORDER MODIFYING THE EXISTING**
                                                            ) **SCHEDULING ORDER**
                                                            )
    v.                                          )
                                                            ) **Trial Date:** May 11, 2010
COUNTY OF FRESNO, CALIFORNIA, a political ) **The Honorable Magistrate Judge, Gary S.**
subdivision of the State of California; ERNEST ) **Austin**
SERRANO, an individual, )
                                                            )
       Defendants. )
_____ )

Pursuant to the stipulation of the parties filed on May 22, 2009, the scheduling order is amended subject to the following changes :

| **Description** | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery cutoff | 07/29/2009 | 09/28/2009 |
| Expert Discovery cutoff | 09/30/2009 | 10/30/2009 |
| Non-Dispositive Motions cutoff | 10/21/2009 | 11/20/2009 |
| Dispositive Motions cutoff | 12/11/2009 | 01/11/2010 |
| Settlement Conference | 08/10/2009 | * 01/07/2010 at 10:30 am before GSA (Note: date differs from request). |

The designation of experts cutoff date of August 5, 2009, and supplemental experts cutoff date of August 26, 2009, shall remain the same. The existing pretrial date of March 11, 2010, and

trial date of May 11, 2010, will also remain the same. The May 11, 2010, trial date will be the operative date for all purposes.

IT IS SO ORDERED.

Dated:  **May 26, 2009**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE