James D. Weakley, Esq.  Bar No. 082853
Maribel Hernandez, Esq.  Bar No. 258689

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants COUNTY OF FRESNO and ERNEST SERRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual, <br><br> Defendants. | CASE NO. 1:08-cv-01202-AWI-GSA <br><br> **ORDER & STIPULATION MODIFYING THE EXISTING SCHEDULING ORDER** <br><br> **Trial Date:** May 11, 2010 <br> **The Honorable Magistrate Judge, Gary S. Austin** |

The parties in this case have stipulated to modifying the existing Scheduling Order as follows:

| **Description** | **Current Date** | **New Date** |
|---|---|---|
| Expert Discovery | 10/30/2009 | 11/30/09 |
| Designation of Experts | 08/05/09 | 10/12/09 |
| Supplemental Experts | 08/26/09 | 11/02/09 |

///

///

///

---
Order Modifying the
Existing Scheduling Order

The following dates will remain the same:

| **Description** | **Date** |
|---|---|
| Non-expert discovery | 09/28/2009 |
| Non-Dispositive motions | 11/20/2009 |
| Dispositive motions | 01/11/2010 |
| Settlement Conference | 01/07/2010 |

The existing pretrial date of March 11, 2010, and trial date of May 11, 2010, will also remain the same.  The May 11, 2010, trial date will be the operative date for all purposes.

**IT IS SO STIPULATED**.

DATED: June 10, 2009                **WEAKLEY, ARENDT & McGUIRE, LLP**

By:  /s/ Jim Weakley
James D. Weakley
Attorneys for Defendants,
County of Fresno and Ernest Serrano

DATED: June 10, 2009                **LAW OFFICES OF VICKI I. SARMIENTO**

By:  /s/  Vicki I. Sarmiento
Vicki I. Sarmiento
Attorneys for Plaintiff, Alice Rosas Aguilar

///
///
///
///
///
///
///
///
///

Order Modifying the
Existing Scheduling Order                2

**ORDER**

The stipulation of the parties regarding the modification of the Scheduling Order is GRANTED. The Court is aware that Plaintiff has recently added new counsel. However, the Scheduling Order has been amended numerous times. Counsel is advised that future requests to amend the Scheduling Order must be accompanied with a declaration establishing good cause.

IT IS SO ORDERED.

Dated:   **June 10, 2009**          _____/s/ **Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE

Order Modifying the
Existing Scheduling Order                     3