1
2
3
4
5
6
7
8
9
10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12
ALICE ROSAS AGUILAR,  an individual    )          1:08-cv-1202 AWI GSA
13  and as a successor in interest  of Sergio    )
Rosas Aguilar,                              )          ORDER DISCHARGING ORDER
14                                               )          TO SHOW CAUSE FOR CONTEMPT
                                               )          CITATION AGAINST JOE MEDINA
15                 Plaintiff,                    )
                                               )          (Docs. 55 and 59)
16            vs.                             )
                                               )
17  COUNTY OF FRESNO,CALIFORNIA,       )
a political subdivision of the State of       )
18  California; ERNEST SERRANO, an         )
individual,                                  )
19                 Defendants.                 )
_____)

20
21
22          On November 4, 2009, the County of Fresno and Ernesto Serrano ("Defendants") applied for

an Order to Show Cause why third party deponent Joe Medina ("Mr. Medina") should not be held in
23
civil contempt for failing to appear for his depositions scheduled on October 15, 2009 and October
24
27, 2009.  On November 10, 2009, this court issued an Order to Show Cause for Contempt Citation
25
against Joe Medina setting a hearing for December 11, 2009.  On November 23, 2009, Defendants
26
filed a motion to withdraw the application for the Order to Show Cause.  Good cause appearing, the
27
28                                               1

1  Order to Show Cause issued on November 10, 2009, is DISCHARGED.  Mr. Medina is no longer

2  required to appear for a hearing on December 11, 2009 at 10:00 am.

3

4

5

6      IT IS SO ORDERED.

7      **Dated:    November 30, 2009**              _____/s/ **Gary S. Austin**_____
                                                       UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2