```
James D. Weakley, Esq.        Bar No. 082853
Maribel Hernandez, Esq.       Bar No. 258689

    WEAKLEY, ARENDT & McGUIRE, LLP
        1630 East Shaw Avenue, Suite 176
            Fresno, California  93710
           Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
```

Attorneys for Defendants, COUNTY OF FRESNO and ERNEST SERRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual,<br><br>　　　　　Defendants.<br>_____ | CASE NO. 1:08-cv-01202-AWI-GSA<br><br>[PROPOSED] STIPULATED PROTECTIVE ORDER REGARDING RECORDS AND TESTIMONY FROM PATRICK THOMAS |

　　　　IT IS HEREBY STIPULATED between the parties, and ordered by this Court, that in accordance with the Court's instructions to the parties on December 4, 2009 during a telephone conference regarding a discovery dispute, records from Patrick Thomas ( to be provided to Defendants by Plaintiff's counsel) relating to employment of Sergio Rosas Aguilar (the Decedent) and the continued deposition testimony of Patrick Thomas are subject to the conditions set forth in this protective order.

　　　　The release of the requested documents and allowance of the testimony pursuant to this Stipulation and Protective Order does not waive the confidentiality privilege protecting the documents and testimony from general disclosure.

　　　　Based on the foregoing, IT IS HEREBY STIPULATED:

　　　　1.　　　　The Confidential Material shall be used solely in connection with this litigation

---

[Proposed] Stipulated Protective Order - Patrick Thomas

in the preparation and trial of this case and not for any other purpose or in any other litigation.

2. The Confidential Material may be disclosed only to the following persons:

a) counsel for any party to this action;

b) paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in (a), including stenographic deposition reporters retained in connection with this action;

c) court personnel including stenographic reporters engaged in proceedings as are necessarily incidental to preparation for the trial of this action;

d) any outside expert or consultant retained in connection with this action and not otherwise employed by either party;

e) any in-house expert designated by defendants to testify at trial in this matter;

f) the finder of fact at the time of trial subject to the court's rulings on in limine motions and objections of counsel.

3. Each person to whom disclosure is made with the exception of those identified in 2 (a) and (b), above, who are presumed to know of the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him/her such material, a copy of this order, and shall agree on the record or in writing that he/she has read the protective order and that he/she understands the provisions of the protective order.  Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this order, including without limitation, any proceeding for contempt.  Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until further order of this Court.

4. Any documents or information submitted to the Court that reveals confidential material shall be submitted under seal pursuant to Local Rules 39-140 and 39-141.

5. At the conclusion of this litigation, all confidential material received under the provisions of this order, including copies made, shall be destroyed, or tendered back to the attorney of record for the Plaintiff.  The conclusion of litigation means the termination of the case following applicable post-trial motions, appeal and/or retrial.

/ / /

**IT IS SO AGREED.**

                                                 THE CLAYPOOL LAW FIRM

Dated: Dec. 9, 2009                By :   /s/ Brian E. Claypool
                                                      Brian E. Claypool, Esq.
                                                      Attorneys for Plaintiff

Dated: Dec. 9, 2009               LAW OFFICES OF VICKI I. SARMIENTO

                                         By:   /s/ Vicki I. Sarmiento
                                                      Vicki I. Sarmiento, Esq.
                                                      Attorney for Plaintiff

Dated: Dec. 9, 2009               WEAKLEY, ARENDT & McGUIRE, LLP

                                         By:   /s/ James D. Weakley
                                                      James D. Weakley, Esq.
                                                      Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

**Dated:**  **December 14, 2009**                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE