1  James D. Weakley, Esq.      Bar No. 082853
   Michael R. Linden, Esq.     Bar No. 192485
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3        1630 East Shaw Avenue, Suite 176
             Fresno, California 93710
4          Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, COUNTY OF FRESNO and ERNEST SERRANO
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10
   ALICE ROSAS AGUILAR, as successor in    ) CASE NO. 1:08-cv-01202-AWI-GSA
11 interest to Sergio Rosas Aguilar; ALICE ROSAS )
   AGUILAR, an individual,                  )
12                                          )
            Plaintiffs,                      ) ORDER MODIFYING THE EXISTING
13                                          ) SCHEDULING ORDER
                                            )
14          v.                               )
                                            )
15 COUNTY OF FRESNO, CALIFORNIA, a          )
   political subdivision of the State of California; )
16 ERNEST SERRANO, an individual,           )
                                            )
17          Defendants.                      )
   _____ )
18

19       The parties have stipulated to extending discovery for the following purposes:

20                                    Current Date:        New Date

21 Expert Discovery:                   12/31/09            01/29/10

22 Depositions of Gloria Medina,
   Joe Medina, Christina Rodriguez
23 and Patrick Thomas:                 11/30/09            01/29/10

24 Non-Dispositive Motions:            12/31/09            02/12/10

25 Dispositive Motions:                01/11/10            01/25/10

26 Settlement Conference:              01/07/10            Vacate current date to an
                                                           agreed upon date to take
27                                                         place prior to the trial.

28

   _____
   Order Modifying the Existing
   Scheduling Order

1    <u>The following dates will remain the same:</u>

2    Pre-Trial Conference                    03/26/2010

3    Trial                                   05/11/2010

4    **IT IS SO STIPULATED.**

5

6    DATED: December 28, 2009         WEAKLEY, ARENDT & McGUIRE, LLP

7

8                            By:    /s/ James D. Weakley
                                    James D. Weakley
9                                   Attorneys for Defendants,
                                    County of Fresno and Ernest Serrano
10

11

12   DATED: December 28, 2009         LAW OFFICES OF VICKI I. SARMIENTO

13

14                           By :   /s/ Brian E. Claypool
                                    Brian E. Claypool
15                                  Attorneys for Plaintiff

16

17
     IT IS SO ORDERED.
18
     **Dated:   December 28, 2009**              **/s/ Gary S. Austin**
19                                       UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

_____
Order Modifying the Existing
Scheduling Order                         2