IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual,<br><br>Defendants.<br>_____/ | CASE NO. 08-cv-1202 AWI-GSA<br><br>ORDER TO SHOW CAUSE FOR CONTEMPT CITATION AGAINST JOE MEDINA |

In a notice filed on February 1, 2010, the County of Fresno and Ernesto Serrano ("Defendants") applied for an Order to Show Cause why third party deponent Joe Medina ("Mr. Medina") should not be held in civil contempt for failing to appear for his depositions scheduled on October 15, 2009, October 27, 2009, November 19, 2009, and January 20, 2010.

Based on a review of the record, this Court sets hearing for **March 19, 2010 at 10:00 am** in Courtroom 10 (GSA) to address whether Mr. Medina will be held in civil contempt for failure to appear at his depositions. **No later than February 26, 2010**, Mr. Medina may file and serve papers to address his failure to appear and to show cause why he should not be held in civil contempt for failure to appear at the depositions. **No later than March 10, 2010**, Defendants and other parties may file and serve papers to respond to Mr. Medina's papers. This Court orders that **no later than February 10, 2010**,

1

1 | Defendants shall **personally** serve Mr. Medina with a copy of this order and with a copy of Defendants'
2 | application papers for an order to show cause. Defendants shall file proof of service no later than
3 | **February 15, 2010.**

    IT IS SO ORDERED.

    **Dated:**   **February 3, 2010**            /s/ **Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE