# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO, CALIFORNIA, a political subdivison of the State of California, ERNESTO SERRANO, an individual,<br><br>　　　　　Defendants. | NO. 1:08-CV-01202 AWI-GSA<br><br>ORDER VACATING FEBRUARY 22, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motion for summary judgment has been set for hearing in this case on February 22, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 22, 2010, is VACATED, and the parties shall not appear at that time. As of February 22, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 17, 2010　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE