BRIAN E. CLAYPOOL, SBN 134674
THE CLAYPOOL LAW FIRM
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
becesq@aol.com
Telephone: (626) 240-4616
Facsimile: (626) 240-4617

LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Telephone: (626) 308-1171
Facsimile: (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile : (818) 347-4118

Attorneys for Plaintiff ALICE ROSAS AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual,<br><br>Defendants. | Case No.: 08-CV-01202-AWI-GSA<br><br>**JOINT STIPULATION TO MODIFY THE EXISTING SCHEDULING ORDER AND ORDER**<br><br>**Trial Date: May 11, 2010**<br>**The Honorable Judge Anthony W. Ishii** |

///

JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER

This is a joint stipulation by all parties to this action requesting a modification of the Pre-Trial Conference date. All counsel have reached an agreement regarding modification of the date in view that the Court has yet to rule on Defendant's Motion for Summary Judgment. Accordingly, all counsel request that the Court modify the existing scheduling order as follows:

| **DESCRIPTION** | **PRESENT DATE** | **NEW DATE** |
|---|---|---|
| Pre-Trial Conference | March 26, 2010 | **April 16, 2010** |

The above modification will not affect the existing Trial date of May 11, 2010, as that date can remain as presently set.

**SO STIPULATED:**

DATED: March 16, 2010     **THE CLAYPOOL LAWFIRM**
**LAW OFFICES OF VICKI I. SARMIENTO**
**LAW OFFICES OF DALE K. GALIPO**

By:    /s/ Vicki I. Sarmiento
       VICKI I. SARMIENTO
       Attorney for Plaintiff

DATED: March 17, 2010     **WEAKLEY, ARENT & McGUIRE**

By:    */s/* James D. Weakley
       JAMES D. WEAKLEY
       Attorneys for Defendants,
       COUNTY OF FRESNO and ERNEST SERRANO

///
///
///
///
///

# ORDER

The parties' stipulation is adopted **IN PART**. Due to Judge Ishii's calendar, the pre-trial conference will be held on April 15, 2010 at 8:30 am in Courtroom 2. The parties are advised that given the modification of the pre-trial conference date, the trial date will need to be moved as Judge Ishii requires the trial be scheduled six to eight weeks after the pre-trial conference. Within five days the parties shall submit a stipulation outlining proposed trial dates.

**IT IS SO ORDERED**.

**DATED**: _March 19, 2010                                    **/s/ Gary S. Austin**
                                                                                    The Honorable Gary S. Austin