| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Michael R. Linden, Esq. | Bar No. 192485 |
| Valerie J. Velasco, Esq. | Bar No. 267141 |

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO and ERNEST SERRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,

    Plaintiffs,

v.

COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual,

    Defendants.

CASE NO. 1:08-cv-01202-AWI-GSA

**STIPULATION TO MODIFY THE PRE-TRIAL CONFERENCE AND TRIAL DATES AND ORDER**

    The parties herein request that this trial be set on the Court's calendar to begin on August 10, 2010, at 8:30 a.m., in Courtroom 2, before the Honorable Anthony W. Ishii, United States District Court Judge. This is a jury trial. The parties estimate the trial time to be 10 to 15 days.

    The parties also stipulate to a pre-trial conference being set on June 8, 2010, in Courtroom 2, the time set by the Court.

    The parties request that if these dates do not work with the Court's calendar, that the Court order a status conference.

/////

**SUBMITTED BY:**

---
Stipulation to Modify Pre-Trial Conference and
Trial Dates and Order

DATED: March 24, 2010          WEAKLEY, ARENDT & McGUIRE, LLP

                               By:   /s/ James D. Weakley
                                     James D. Weakley
                                     Attorneys for Defendants,
                                     County of Fresno and Ernest Serrano


DATED: March 24, 2010          LAW OFFICES OF VICKI I. SARMIENTO


                               By :   /s/ Vicki I. Sarmiento
                                      Vicki I. Sarmiento,
                                      Attorneys for Plaintiff


## ORDER

Accordingly, the jury trial in this action is set for August 10, 2010, at 8:30 a.m.. The pre-trial conference will be held on June 9, 2010, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   March 26, 2010**               /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE