# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROJAS AGUILAR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | CASE NO. CV-08-1202 AWI GSA<br><br>ORDER ADOPTING <u>FINDINGS AND RECOMMENDATIONS FOLLOWING OSC RE: CONTEMPT AGAINST NON PARTY JOSE MEDINA</u> |

On March 23, 2010, the Magistrate Judge filed Findings and Recommendations which were served on the parties. (Doc. 100). A United States Marshal also personally served the Findings and Recommendations on Mr. Medina on April 8, 2010. (Doc. 104). The Findings and Recommendations contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. No objections to the Findings and Recommendations were filed and Jose Medina has not otherwise contacted the Court.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed March 23, 2010, are adopted in full;

    2. Jose Medina is HEREBY FOUND IN CIVIL CONTEMPT; and

    3. A civil contempt citation SHALL be ISSUED against him for failure to appear at the

March 19, 2010 hearing. A bench warrant SHALL ISSUE for the arrest of Jose Medina to compel his appearance before the Honorable Anthony W. Ishii, to compel his compliance with the deposition subpeonas, and any other penalty the Court may deem appropriate.

The United States Marshal is ordered to personally serve this Order on Jose Medina forthwith at the following address:

>340 North Clark Avenue, #A
>Fresno California 93701

If Mr. Medina is not located at the above address, an alternate address for personal service is:

>174 North "U" Street
>Fresno, California 93701

The Clerk of the court is DIRECTED to serve a copy of this order on the parties and the United States Marshal.

IT IS SO ORDERED.

**Dated:    April 28, 2010**                /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

2