BRIAN E. CLAYPOOL, SBN 134674
THE CLAYPOOL LAW FIRM
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
becesq@aol.com
Telephone:  (626) 240-4616
Facsimile:    (626) 240-4617

LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California  91801
vsarmiento@vis-law.com
Telephone:  (626) 308-1171
Facsimile:    (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone:  (818) 347-3333
Facsimile:    (818) 347-34118

Attorneys for Plaintiff ALICE ROSAS AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual, <br><br> Defendants. | Case No.: 1:08-CV-01202-OWW-GSA <br><br> **ORDER RE: PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY** <br><br> Hearing Date:  August 3, 2010 <br> Time:              2:00 p.m. <br> Ctrm:              3 |

1

ORDER RE: PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY

PDF created with pdfFactory trial version www.pdffactory.com

The Court having considered Plaintiff's Request to Appear Telephonically, **IT IS**

**IT IS SO ORDERED:**

That Plaintiff's request to appear telephonically for the hearing regarding

Motions In Limine for Tuesday, August 3, 2010 at 2:00 p.m., is granted.

DATED: July 29, 2010          /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

ORDER RE: PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY

PDF created with pdfFactory trial version www.pdffactory.com