1    James D. Weakley, Esq.       Bar No. 082853
     Valerie J. Velasco, Esq.      Bar No. 267141
2
     WEAKLEY, ARENDT & McGUIRE, LLP
3         1630 East Shaw Avenue, Suite 176
              Fresno, California   93710
4            Telephone: (559) 221-5256
             Facsimile:  (559) 221-5262
5
6    Attorneys for Defendants, COUNTY OF FRESNO and ERNEST SERRANO

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
     ALICE ROSAS AGUILAR, as successor      )    CASE NO. 1:08-CV-01202-OWW
11   in interest to Sergio Rosas Aguilar;    )
     ALICE ROSAS AGUILAR, an individual,     )
12                                           )
                    Plaintiffs,              )    **ORDER RE TRIAL SETTING**
13                                           )
                    v.                       )
14                                           )
     COUNTY OF FRESNO, CALIFORNIA,           )
15   a political subdivision of the State of  )
     California; ERNEST SERRANO, an          )
16   individual,                             )
                                             )
17                  Defendants.              )
     _____ )
18

19

20          On September 10, 2010, the parties appeared at a Trial Setting Conference by

21   conference call.  Brian Claypool appeared on behalf of the plaintiffs.  James D. Weakley and

22   Valerie J. Velasco appeared on behalf of the defendants.  The parties have agreed and the Court

23   has ordered the following:

24          The new trial in this matter is scheduled to begin on December 7, 2010, at 9:00 a.m., in

25   Courtroom 3.  This date is subject to the existing trial of Mr. Weakley that is scheduled to

26   begin in Kings County on that date.  If the Kings County trial goes as scheduled, then this trial

27   will be continued and will begin on January 4, 2011, at 9:00 a.m., in Courtroom 3.

28          The parties are to advise the Court by September 17, 2010, whether they intend to

_____
Order re Trial Setting

1    present additional experts or expert testimony, and/or witnesses and whether any party objects

2    to the additional experts, or expert testimony, and/or witnesses.

3

4

5                                                                    IT IS SO

ORDERED.

6
         **Dated:   September 14, 2010**            **/s/ Oliver W. Wanger**
7                                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28