# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Alice Rosas Aguilar )
   v. ) 1:08-cv-01202-OWW-GSA
)
Ernest Serrano, et al. )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      ( ) Ad Prosequendum        ( X ) Ad Testificandum.
Name of Detainee:    Salvador Martin Rocha
Detained at (custodian): California Department of Corrections- Avenal State Prison

Detainee is:    a.)    ( ) charged in this district by:
                 ( ) Indictment        ( ) Information        ( ) Complaint

                 Charging Detainee With:

or    b.)    (X) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    (X) return to the custody of detaining facility upon termination of proceedings
or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on **February 25, 2011 @ 9:00 a.m.**

Signature:     /s/ James D. Weakley
Printed Name & Phone No.:   James D. Weakley, 559-221-5256
Attorney of Record for:   Defendants, Ernest Serrano and County of Fresno

## WRIT OF HABEAS CORPUS
      ( ) Ad Prosequendum        ( X ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

                                       /s/ Oliver W. Wanger
Date   December 10, 2010                         United States District Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Unknown | Male X | Female ☐ |
| Booking or Fed. Reg. #: | CDC ID # AD2790 | DOB: | 08/29/1966 |
| Facility Address: | Avenal State Prison | Race: | HISPANIC |
| | #1 Kings Way, Avenal CA 93204 | FBI #: | |
| Facility Phone: | 559-386-0587 | | |
| Release Date: | Unknown | | |

**RETURN OF SERVICE**

Executed on        by

                                                                 (Signature)

Form Crim-48