**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE ROSAS-AGUILAR, )<br>)<br>            Plaintiff, )<br>)<br>     v.       )<br>)<br>DEPUTY ERNEST SERRANO, )<br>)<br>            Defendant. )<br>)<br>_____ ) | 1:08-cv-1202 OWW GSA<br><br>SUPPLEMENTAL SCHEDULING<br>CONFERENCE ORDER<br><br>Pre-Trial Motions Filing<br>Deadline: 6/10/11<br><br>Oppositions Thereto Filing<br>Deadline: 6/24/11<br><br>Hearing on Pre-Trial<br>Motions:  6/27/11 10:00<br>Ctrm. 3<br><br>Trial Date: 7/12/11 9:00<br>Ctrm. 3 (JT-8 days) |

   A Supplemental Scheduling Conference was held May 12, 2011. Any pre-trial motions shall be filed by June 10, 2011. Any opposition thereto shall be filed by June 24, 2011. The motions hearing is set for June 27, 2011 at 10:00 a.m.

   The first and second claims which have previously been mis-tried are now set for jury trial on July 12, 2011 in Courtroom 3 of the above-captioned court.

IT IS SO ORDERED.

**Dated:   May 12, 2011**            /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

1