James D. Weakley, Esq.   Bar No. 082853
Maribel Hernandez, Esq.   Bar No. 258689

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants COUNTY OF FRESNO and ERNEST SERRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual,<br><br>   Defendants. | CASE NO. 1:08-cv-01202 OWW GSA<br><br>**REQUEST FOR TELEPHONE CONFERENCE TO CONTINUE TRIAL DATE; ORDER**<br><br>**Date:** June 7, 2011<br>**Time:** 9:00 a.m.<br>**Ctrm:** 3<br>The Honorable Oliver W. Wanger |

Plaintiffs and defendants request a telephone conference with the Honorable Oliver W. Wanger in order to continue the July 12, 2011, trial date. We have been discussing the possible resolution of this lawsuit, but will not be able to bring this before the governing board of the County of Fresno until sometime in July. We therefore request a brief telephone conference with Judge Wanger on Tuesday, June 7, 2011, at 9:00 a.m., in order to continue the trial date a couple of months.

DATED: June 2, 2011                    WEAKLEY & ARENDT, LLP


                                       By:   /s/ James D. Weakley
                                             James D. Weakley
                                             Attorneys for Defendants,
                                             County of Fresno and Ernest Serrano

ORDER

A telephonic conference is set Tuesday, June 7, 2011, at 9:00 a.m., in Courtroom 3 before Judge Oliver Wanger to discuss the trial date.

IT IS SO ORDERED.

**Dated:   June 3, 2011**                     **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE