**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE ROSAS AGUILAR, as successor in interest to Sergio Rosas Aguilar; ALICE ROSAS AGUILAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, CALIFORNIA, a political subdivision of the State of California; ERNEST SERRANO, an individual,<br><br>Defendants. | Case No. 1:08-CV-01202-OWW-GSA<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE EXISTING POST TRIAL MOTION CUT-OFF AND HEARING DATES** |

The Court having considered the Joint Stipulation to Modify the Existing Post Trial Motion Cut-Off and Hearing Dates submitted by counsel for plaintiff and counsel for defendants, hereby extends the dates as requested in the Joint Stipulation. Post motion cut-off dates and the post trial hearing dates are modified as follows:

| **Description** | **Present Cut-off** | **New Cut-off** |
|---|---|---|
| Post-Trial Motions to be filed by: | July 21, 2011 | July 19, 2011 |
| Responses/Oppositions to be filed by: | July 1, 2011 | July 29, 2011 |
| Post Trial Motion Hearing Date: | July 6, 2011 | August 3, 2011 at 12:00PM |

///

///

1

ORDER GRANTING JOINT STIPULATION TO MODIFY THE EXISTING POST TRIAL

1
2  IT IS SO ORDERED.
3       Dated:   **June 21, 2011**              **/s/ Oliver W. Wanger**
4                                          UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING JOINT STIPULATION TO MODIFY THE EXISTING POST TRIAL