1   James D. Weakley, Esq.      Bar No. 082853
    Valerie J. Velasco, Esq.      Bar No. 267141
2
          WEAKLEY & ARENDT, LLP
3       1630 East Shaw Avenue, Suite 176
            Fresno, California   93710
4          Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
5
    Attorneys for Defendants, COUNTY OF FRESNO and ERNEST SERRANO
6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  ALICE ROSAS AGUILAR, as successor    ) CASE NO. 1:08-cv-01202-OWW-GSA
    in interest to Sergio Rosas Aguilar;      )
12  ALICE ROSAS AGUILAR, an              )**STIPULATED JUDGMENT AND ORDER**
    individual,                          )
13                                       )
              Plaintiffs,                )
14                                       )
              v.                         )
15                                       )
    COUNTY OF FRESNO, CALIFORNIA,        )
16  a political subdivision of the State of  )
    California; ERNEST SERRANO, an       )
17  individual,                          )
                                         )Complaint Filed:  August 15, 2008
18            Defendants.                )
    _____  )Trial:  August 9, 2011
19

20        IT IS HEREBY STIPULATED by and between the parties through their respective

21  counsel that judgment be entered as follows:

22        As to the County of Fresno:

23        1.      Judgment in favor of plaintiff, Alice Rosas Aguilar, against the County of

24  Fresno only, in the amount of Two Hundred and Fifty Thousand Dollars ($250,000.00) plus

25  costs in the amount of Twelve Thousand Dollars ($12,000.00).

26        2.      Dismissal as to all remaining claims, including claims of attorney's fees and

27  costs, each party to bear their own costs including attorney's fees based on a separate

28  settlement agreement for separate consideration.

_____
STIPULATED JUDGMENT AND ORDER

1      As to Ernest Serrano:

2          1.      Dismissal as to all claims, each party bearing their own costs including

3   attorney's fees.

4

5   **IT IS SO AGREED.**

6

7   Dated: August 02, 2011                    LAW OFFICES OF DALE K. GALIPO

8                                     By :    */s/ Dale K. Galipo*
9                                             Dale K. Galipo, Esq.
                                              Attorney for Plaintiff
10

11  Dated: August 02, 2011                    WEAKLEY & ARENDT, LLP
12

13                                    By:     */s/ James D. Weakley*
14                                            James D. Weakley, Esq.
                                              Attorneys for Defendants
15

16

17

18  IT IS SO ORDERED.

19  **Dated:    August 4, 2011**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

STIPULATED JUDGMENT AND ORDER

2